UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 19-1316 (TFH) <br> : |
| COUNCIL ON ENVIRONMENTAL QUALITY, *et al.*, | : <br> : <br> : |
| Defendants. | : <br> : |

**JOINT STATUS REPORT**

Pursuant to the Court's December 9, 2019 Order, the Parties have conferred and respectfully submit this Joint Status Report to apprise the Court on the status of this Freedom of Information Act ("FOIA") matter.

**INTRODUCTION**

This case involves seven separate FOIA requests from Plaintiff to the six named Defendants: the Council on Environmental Quality ("CEQ"); U.S. Department of Agriculture ("USDA"); the U.S. Department of Commerce ("DOC"); the National Oceanic and Atmospheric Administration ("NOAA"); the U.S. Department of the Interior ("DOI"); and the U.S. Environmental Protection Agency ("EPA"). As set forth more specifically below, except for EPA, all other agencies have completed production of records. Plaintiff continues to dispute some of the withholdings, and intends to confer with counsel for Defendants on specific withholdings and adequacy of searches to determine whether the parties can resolve their disputes without assistance of the Court.

1. **CEQ, Tracking No. FY2018-075**

As set forth in prior status reports, CEQ provided its final response and production of records on November 27, 2019.  Plaintiff disputes that CEQ's redactions and withholdings were lawful under FOIA.  Plaintiff cannot assess whether the search is adequate without additional information from CEQ and reserves the right to dispute the adequacy of the search.

2. **CEQ, Tracking No. FY2019-018**

As set forth in prior status reports, CEQ produced eighteen pages and completed its production on May 17, 2019.  Plaintiff maintains its dispute that full redaction of nine of the eighteen pages pursuant to Exemption 5 is unlawful under FOIA.  Plaintiff maintains that it cannot assess whether the search is adequate without additional information from CEQ and reserves the right to dispute the adequacy of the search.

3. **USDA, Tracking No. 2019-OGC-01078-F**

As set forth in prior status reports, USDA produced four records and completed its production on June 18, 2019.  Plaintiff maintains its dispute that redaction of two of the four records is unlawful under FOIA.  Plaintiff maintains that it cannot assess whether the search is adequate without additional information from USDA.

4. **DOC, Tracking No. DOC-IOS-2018-000795**

On January 24, 2020, DOC released 4 records in full, released 1 record in part with redactions based on Exemptions 5 and 6, and withheld 3 records in full based on Exemption 5.  This completes DOC's production.  Plaintiff disputes that DOC's redactions and withholdings were lawful under FOIA.  Plaintiff cannot assess whether the search is adequate without additional information from DOC and reserves the right to dispute the adequacy of the search.

5. **NOAA, Tracking No. DOC-NOAA-2019-000296; Appeal DOC-OS-2019-000529**

NOAA produced 2 records responsive to this request and completed its production on November 20, 2019.  Plaintiff cannot assess whether the search is adequate without additional information from NOAA and reserves the right to dispute the adequacy of the search.  However, to date, Plaintiff and NOAA have not conferred on the issue.

6. **DOI, Tracking No. OS-2019-00217**

As set forth in prior status reports, on August 30, 2019, DOI completed it production of records responsive to this request and referred four pages to USDA Office of General Counsel ("OGC") FOIA Office.  Plaintiff received the four pages from USDA OGC on June 13, 2019 but has no record of receiving them.  OGC provided a supplemental response and the four USDA pages to Plaintiff on February 4, 2020.  Plaintiff maintains its dispute that the DOI redactions and withholdings pursuant to Exemption 5 are unlawful under FOIA. Plaintiff cannot assess whether the search is adequate without additional information from DOI and reserves the right to dispute the adequacy of the search. Defendant maintains that its exemptions are lawful.

7. **EPA, Tracking No. EPA-HQ-2019-001590**

As set forth in prior status reports, after agreement on a supplemental search, EPA identified 454 potentially responsive records, has processed 102 of those records and, on September 23, 2019, EPA produced three records in full, produced five records with redactions, withheld one record in full, and is consulting with another agency on one record.  EPA and Plaintiff agreed that EPA would complete production of any responsive non-exempt records that are not still undergoing interagency consultation by July 13, 2020.  EPA may require an additional 15 working days after that date to complete production of responsive records

undergoing interagency consultation.  Prior to that time, EPA has agreed to complete production of records based on Plaintiff's prioritization of higher priority EPA FOIA requests at issue in other cases filed against EPA at the same time as this case.  The Parties propose that they file a Joint Status Report on July 31, 2020, to apprise the Court on the status of this FOIA matter.

Dated: February 4, 2020                                        Respectfully submitted,

| | |
|---|---|
| */s/ Stephanie M. Parent* | TIMOTHY J. SHEA, D.C. Bar No. 437437 |
| Stephanie M. Parent (D.C. Bar No. OR0012) | United States Attorney |
| Ryan Shannon (D.C. Bar No. OR0007) | |
| Center for Biological Diversity | DANIEL F. VAN HORN |
| P.O. Box 11374 | D.C. BAR # 924092 |
| Portland, OR 97211-0374 | Chief, Civil Division |
| (971) 717-6404 | |
| sparent@biologicaldiversity.org | By: /s/ *Brenda González Horowitz* |
| rshannon@biologicaldiversity.org | BRENDA GONZÁLEZ HOROWITZ |
| *Attorneys for Plaintiff* | D.C. Bar No. 1017243 |
| | Assistant United States Attorney |
| | U.S. Attorney's Office, Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-2512 |
| | Brenda.Gonzalez.Horowitz@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, : : : Plaintiff, : : v. : : COUNCIL ON ENVIRONMENTAL QUALITY, *et al.*, : : Defendants. : : | Civil Action No. 19-1316 (TFH) |

### **[PROPOSED] ORDER**

In light of the parties' joint status report, it is ORDERED that the parties will file another status report by July 31, 2020, noting any disagreement that requires judicial resolution.

SO ORDERED.

_____           _____
Date                                                        Thomas F. Hogan
                                                                 U.S. District Court for the District of Columbia